

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-12-01175-CR

Style:          Mark Steven Rascoe

          **v.** The State of Texas

Date motion filed[*]:          December 31, 2014

Type of motion:          State's Third Motion for Extension of Time in Which to File an Appellate Brief

Party filing motion:          State

Document to be filed:          State's brief

Is appeal accelerated?          No

If motion to extend time:

    Original due date:          October 30, 2014

    Number of previous extensions granted:          2          Current Due date: December 31, 2014

    Date Requested:          January 30, 2015

Ordered that motion is:

    ☑          Granted in part and dismissed as moot in part

        If document is to be filed, document due: **January 30, 2015**

        ☑          **The Court will not grant additional motions to extend time.**

    ☐          Denied

    ☐          Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐          Other: _____

Judge's signature: /s/ Terry Jennings
    ☑ Acting individually          ☐ Acting for the Court

Panel consists of          _____

Date: January 8, 2015